ROBERT D. FISH (SBN 149711)
rfish@fishiplaw.com
MEI TSANG (SBN 237959)
mtsang@fishiplaw.com
JOSHUA EMORY (SBN 247398)
jemory@fishiplaw.com
FISH & ASSOCIATES, PC
2603 Main Street, Suite 1050
Irvine, CA 92614
Tel: (949) 253-0944/Fax: (949) 253-9069

Attorneys for Plaintiff,
KOENIGSEGG AUTOMOTIVE AB

JS-6

DAVID G. DUCKWORTH (SBN 170022)
dduckworth@russoandduckworth.com
J. SCOTT RUSSO (SBN 155631)
jsrusso@russoandduckworth.com
RUSSO & DUCKWORTH, LLP
9090 Irvine Center Drive, 2nd Floor
Irvine, California 92618
Telephone No. (949) 752-7106/Facsimile No. (949) 752-0629

Attorneys for Defendants,
KOENIGSEGG AUTOMOBILE, INC. AND ANTONIO CASELINI

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| KOENIGSEGG AUTOMOTIVE AB, a Swedish Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KOENIGSEGG AUTOMOBILE, INC., a Nevada Corporation, and ANTONIO CASELINI, an individual,<br><br>Defendants. | Case No.: SACV06-00833 CJC (ANx)<br><br>CONSENT JUDGMENT AND PERMANENT INJUNCTION<br><br>The Honorable Cormac J. Carney<br><br>Trial Date: July 14, 2009 |

| | |
|---|---|
| 1 | KOENIGSEGG AUTOMOBILE, INC., a Nevada Corporation, |
| 2 | Counter-Complainant, |
| 3 | v. |
| 4 | KOENIGSEGG AUTOMOTIVE AB, |
| 5 | Counter-Defendant. |

Plaintiff and counter-defendant, Koenigsegg Automotive AB ("KAB"), defendants Antonio Caselini ("Caselini"), and defendant and counter-complainant, Koenigsegg Automobile, Inc., ("KAI"), in compromise and settlement of this action on the terms and conditions of a Settlement Agreement separately entered into between them, having agreed that a Consent Judgment and Permanent Injunction should be entered between them and good cause appearing therefor, but without any admission of liability by any of KAB, Caselini and KAI for any of the acts complained of in the pleadings on file in this case,

IT IS ORDERED, ADJUDGED, AND DECREED:

1.  This case arises under the Trademark Act of 1946, 15 U.S.C. 1051 1127, and the Trademark Counterfeiting Act of 1984, 15 U.S.C. 1116(d), 1117(b), and 1118.  This Court has jurisdiction over the subject matter thereof pursuant to 15 U.S.C. 1121, 28 U.S.C. 1338(a), 28 U.S.C. 1331, and 28 U.S.C. 1332.  The claims arising under California state law and under common law rights are joined with the substantial and related claims under the Trademark Laws of the United States, 15 U.S.C. 1051 1127.  The parties to this Consent Judgment hereby

1  consent to the personal jurisdiction of this Court in this action, and of this Court to
2  enforce the terms and provisions of this Consent Judgment and Permanent
3  Injunction.
4      2. Each of Caselini and KAI, their officers, agents, servants, employees,
5  attorneys, and those persons in active concert with them who receive actual notice
6  of this order by personal service or otherwise, shall be and hereby are permanently
7  restrained and enjoined in the United States and throughout the world from
8  engaging in any of the following activities without the permission of KAB:
9      2.1. Registering or filing any application to register any
10 designation containing or consisting of the word Koenigsegg, or any mark to
11 which there is a likelihood of confusion with the word Koenigsegg, in any
12 class and with respect to any goods or services, and further agree to not use
13 any such mark for any goods or services;
14     2.2. Registering or filing any application to register any
15 designation containing or consisting of the Koenigsegg shield mark as set
16 forth in canceled U.S. trademark reg. no. 3092176, or any mark to which
17 there is a likelihood of confusion with such shield mark, in any class and
18 with respect to any goods or services, and further agree to not use any such
19 mark for any goods or services;
20     2.3. Registering or filing any application to register any domain
21 name that includes or consists of the word Koenigsegg, or any other word or
22 characters or design to which there is a likelihood of confusion with the
23 word Koenigsegg;
24
25

2.4. Having any commercial use whatsoever of the word Koenigsegg, the Koenigsegg shield mark, or any other word or characters or design to which there is a likelihood of confusion with either the word Koenigsegg or the Koenigsegg shield mark;

2.5. Making any negative statements about, or in any manner misrepresenting, KAB, its affiliates, and their respective officers, directors, agents, employees, shareholders, successors, assigns, or customers;

2.6. Taking any legal action in the United States or anywhere else in the world against KAB, its affiliates, and their respective officers, directors, agents, employees, shareholders, successors, assigns, distributors, suppliers or customers, relative to KAB's production, sales, marketing or distribution of any Koenigsegg labeled products or services; and

2.7. Contacting, making further contact with, or providing any contact information to any entity for any of, KAB, its affiliates, and their respective officers, directors, agents, employees, shareholders, successors, assigns, distributors, suppliers or customers, relative to KAB's production, sales, marketing or distribution of any Koenigsegg labeled products or services.

3. This Court shall have continuing jurisdiction to enforce this Consent Judgment and Permanent Injunction.

4. The Parties herein, as between and among themselves, shall each bear their own costs and attorney's fees in the present action.

5. The Court expressly finds, pursuant to Rule 54(b), Fed. R. Civ. Pro. that there is no just reason for delay in entering this Consent Judgment, and expressly directs entry of such judgments.

Dated: January 21, 2009

HONORABLE CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE

THE PARTIES HERETO, BY AND THROUGH THEIR ATTORNEYS, APPROVE THE ABOVE AS TO FORM AND CONTENT AND CONSENT TO THE ENTRY OF THIS JUDGMENT AND INJUNCTION:

Respectfully submitted,

Dated: January 22, 2009          By: /s/Robert D. Fish

ROBERT D. FISH, ESQ
MEI TSANG, ESQ
JOSHUA L. EMORY, ESQ.
FISH & ASSOCIATES, PC
2603 Main Street, Suite 1050
Irvine, CA 92614
Phone: (949) 253-0944
Fax: (949) 253-9069

Attorneys for Plaintiff
KOENIGSEGG AUTOMOTIVE AB

1  Dated: January 20, 2009          By:  /s/ David G. Duckworth

2

3  _____
   DAVID G. DUCKWORTH, ESQ.
4  SCOTT RUSSO, ESQ.

5  Attorneys for Defendants
   KOENIGSEGG AUTOMOBILE, INC.
   AND
6  ANTONIO CASELINI

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25